IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ERIK MADRID, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MITCHELL INTERNATIONAL, INC., a Delaware corporation, and MEDICAL CONSULTANTS NETWORK, LLC, a Washington limited liability corporation,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:20-cv-00382-RSL-DWC<br><br>**STIPULATED ORDER TO STAY** |

This matter having come before the Court on the parties' Stipulated Motion to Stay this case for 60 days, having read the motion and being fully advised of the same, ORDERS as follows:

Defendants' Motion to Stay this matter for 60 days is GRANTED. Defendants' response to plaintiff's motion for remand is due June 5, 2020, and plaintiff's reply in support of its motion to remand is due June 12, 2020. The Clerk is directed to re-note the Motion for Remand to June 12, 2020.

DATED this 6th day of April, 2020.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　David W. Christel
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**STIPULATED ORDER TO STAY [Case No. 2:20-cv-00382-RSL-DWC] - 1**

**MARKOWITZ HERBOLD PC**
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON 97201
(503) 295-3085

///

IT IS SO STIPULATED:

| MARKOWITZ HERBOLD PC | WYATT DEBENEDETTI PLLC |
|---|---|
| *s/ Bryana Blessinger* | *s/ J. Todd W. Wyatt* |
| Jeffrey M. Edelson, WSBA # 37361 | J Todd W. Wyatt, WSBA # 31608 |
| JeffEdelson@MarkowitzHerbold.com | todd@wdlawgroup.com |
| Bryana Blessinger, WSBA #42308 | Attorneys for Plaintiff |
| BryanaBlessinger@Markowitzherbold.com | |
| Attorneys for Defendants | |

983757

**STIPULATED ORDER TO STAY [Case No. 2:20-cv-00382-RSL-DWC] - 2**