UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIK MADRID,

                Plaintiff,

   v.

MITCHELL INTERNATIONAL INC., et al.,

                Defendants.

No. 2:20-CV-382-RSL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff Erik Madrid's Motion for Remand (Dkt. 12) is granted-in-part and denied-in-part. This case is remanded to the state court; however, Plaintiff's request for attorney fees and costs is denied.

(3)     The Clerk is directed to send copies of this Order to counsel for the parities and to the Hon. David W. Christel.

DATED this 3rd day of August, 2020.

                                                          Robert S. Lasnik
                                                          United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1